UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

AARON CLARK,

               Plaintiff,              Case No. 2:18-cv-40

v.                                 Honorable Paul L. Maloney

TOM LAPLANTE et al.,

               Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   September 19, 2018         /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge